ORIGINAL

MARK WAECKER (Bar No. 81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
500 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 955-4500
Facsimile:  (213) 955-4560

BIRNEY B. BERVAR 5482
BERVAR & JONES
1001 Bishop Street, 1400 Pauahi Tower
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:  (808) 550-4991

Attorney for Defendant, JOHN DE LA CRUZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

JAN 18 2006
2:10pm ag
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DE LA CRUZ,<br><br>Defendant. | CR. NO. 04-00185-02 SOM<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>Old Sentencing date: 1/17/06 1:30 p.m.<br>New Sentencing Date: 03/28/06 3:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that the sentencing date in this matter be continued from January 17, 2006 to March 28, 2006 at 3:00 p.m. because newly retained defense counsel needs additional time to prepare this matter for sentencing. Voluminous medical records concerning the Defendant have just been obtained that are relevant for

the Court to consider at the time of sentencing. Counsel for Defendant requires the additional time to review and summarize the records for Defendant's sentencing memorandum.

Dated: January 11 2006

_____
MARK WAECKER
Attorney for Defendant
JOHN DE LA CRUZ

Dated: 1/13/06

_____
KENNETH SORENSON
Assistant United States Attorney

IT IS SO ORDERED:

Dated: 1/18/06

_____
THE HONORABLE SUSAN OKI MOLLWAY
United States District Court Judge