ORIGINAL

MARK WAECKER (Bar No. 81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
500 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 955-4500
Facsimile:  (213) 955-4560

BIRNEY B. BERVAR 5482
BERVAR & JONES
1001 Bishop Street, 1400 Pauahi Tower
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:  (808) 550-4991

Attorney for Defendant, JOHN DE LA CRUZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DE LA CRUZ,<br><br>            Defendant. | CR. NO. 04-00185-02 SOM<br><br>STIPULATION TO MODIFY DEFENDANT JOHN DE LA CRUZ' CONDITIONS OF PRETRIAL SUPERVISION AND RELEASE |

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that the pretrial conditions for the pretrial release of defendant John De La Cruz be modified to permit him to travel from Los Angeles commencing Friday, March 10, 2006 at 8:00 a.m. to Sacramento, California to temporarily reside with his parents Jesus and Maria De La Cruz located at 9253 Eagle Springs Place, Roseville, California 95747. Their home telephone number is

916-773-7389. John De La Cruz shall return to Los Angeles from Sacramento on Friday, March 17, 2006 by 5:00 p.m. John De La Cruz will travel by car with his immediate family members including his wife and children. John De La Cruz is to report to pretrial services and follow their instructions concerning this trip and his pretrial supervision.

This modification is requested in view of John De La Cruz's sentencing hearing currently scheduled for March 28, 2006 in Honolulu, Hawaii at which time he anticipates the Court will impose a final judgment including a sentence of incarceration. John De La Cruz's father (Jesus) is 72 years old, suffering from a variety of medical conditions and otherwise cannot travel to the sentencing hearing or to Los Angeles to visit with his son.

All other and remaining terms of John De La Cruz's pretrial release and supervision shall remain in full force and effect.

Dated: 3-7-06

MARK WAECKER
Attorney for Defendant
JOHN DE LA CRUZ

Dated: MAR 09 2006

KENNETH SORENSON
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: 3/10/06

THE HONORABLE SUSAN OKI MOLLWAY
United States District Court Judge