11/10/05

Dear Your Honorable Judge,

Thank you for taking the time to read this letter I, Amber Lennon, wrote on behalf of John De La Cruz. I would like to make use of this opportunity by describing to you the kind of person John De La Cruz is, his true qualities and characteristics.

Over the years, I have known John to be a devoted and outstanding individual, father, and husband. I know John considerably well because he is my brother-in-law, having been married to my sister Lisa for more than fifteen years. I have always been very close with my sister and her husband, especially after the birth of their first child together. In addition, I have also lived with John and his family for more than a year.

During this time, I have seen first hand how remarkably close and affectionate John is with his family. He is a wonderful and loving husband to my sister. In addition, John is very involved in the lives of his children, and practically everything he does resolves around them and meeting their needs.

Whether it's working with his children on individual learning goals, coaching their baseball games, taking them to church every Sunday, or simply cooking a healthy meal for his family, John is always there and constantly spending quality time with his children. In doing so, he is consistently and positively fostering guidance and adding to his children's growth and development. Therefore, he plays an extremely important role within his family, and as a result I think he has had a profound influence in the progress of his children.

John also extends his dedication to the rest of his family and friends. He has always been a very giving and generous person, and definitely someone you can count on

in times of need. I can remember countless of times when John has helped me personally, like the time when he brought the spare key to my car after I locked them in miles away from where he was, or the time when he helped me look for my missing cat for hours on end. John is this type of person; he will effortlessly go out of his way to lend a helping hand to any friend that needs it.

In closing, I would like to thank you once again for your time. I hope that you will take into consideration what I have expressed in this letter, and pray that John will not be taken away from his family again, especially for the sake of his children who so desperately need him in their lives.

Sincerely,

*Amber Lennon*

Amber Lennon