November 1, 2005

To Whom it May Concern:

    In the fifteen years that I have known John, he has been an excellent role model for his four children as well as myself. I can confirm that he is a man of great integrity, is extremely dedicated to his family, and is entirely peace-loving. I have been impressed with his dedication to any endeavor he has been involved with. John demonstrates a giving and generous nature in his free time.

    John also demonstrates empathy and compassion for others. Recently at the last family gathering John helped a child participate in a football game. The child seemed very timid and was sitting at table all by himself, while the other kids were playing football. John demonstrated extreme patience in repeatedly telling the child that he should join the others. Eventually he was able to persuade the child to get involved. Immediately after the game I noticed a significant difference in the child's self-esteem.

    For your information, I'm a college student at SMC and soon to be a student at CSULB. I am currently working towards a degree in accounting so that I can become certified public accountant .I would not be able to expresses this if it were not for my brother-in-law John. He has been a mentor to me for quite some time, probably without him even knowing. Every time I need advice or some words of encouragement he is the first to volunteer. He is one of the people who have taught me to pursue ambitions and have an optimist attitude. Without his advice I don't know where I would be today.

    I feel these attributes demonstrate someone with an exceptional character. Please consider awarding him your trust so that he may pursue to influence his friends, family, neighbors and acquaintances. I hope you will give serious consideration in making the right decision. Incarcerating John would not be the correct decision because not only would it be detrimental to his family, but also to the many other that know him.

Sincerely,

Nicholas Lennon