November 5, 2005

I am writing this letter to confirm that my son-in-law John De La Cruz is a man of integrity and good will.

After a failed marriage, my daughter, Lisa was left financially and emotionally broke, and the mother of one son, Chris. John took Chris in as his own son, and together John and Lisa have raised one other son Michael, and two daughters, Samantha and Jessica.

John is a loving and devoted father to his children, being involved in their schoolwork, sports and after school activities. He has always be a good provider, sometimes even cooking dinner and feeding the children when Lisa has had to work late. On Sunday, no matter how tired the children are, John and Lisa take them to church, usually the 9 o'clock Mass.

In conclusion, having known John for about 15 years he has always been respectful and honest and incarcerating him would be detrimental to the close relationship he has with his children, and wife.

Thank you,

Tim Lennon
1227 Carlton Way
Venice CA 90291
PH. # (310) 391-5399