UNIVERSITY OF CALIFORNIA, LOS ANGELES  UCLA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO      SANTA BARBARA · SANTA CRUZ

NEUROPSYCHIATRIC HOSPITAL
760 WESTWOOD PLAZA
LOS ANGELES, CA 90024
TELEFAX (310) 388-0937

October 17, 2005

To whom it may concern:

    Michael Delacruz, the son of John and Lisa Delacruz, was a patient under my care between October 2004 and June 2005. Michael entered treatment because of behavioral and emotional difficulties in adjusting to his father's absence due to incarceration. Over the course of the next nine months, a number of different methods were used to address Michael's symptoms, including individual psychotherapy, family therapy sessions involving Michael and his parents, family sessions involving Michael and one parent, and parenting sessions without Michael present.

Throughout the treatment process, Michael's father endeavored to make himself available to participate in the treatment. Mr. Delacruz took active steps to learn about the psychological and educational challenges faced by his son. He was an active participant in the treatment planning process. He seemed genuinely interested in working with Michael's mother in order to optimize Michael's social, educational, and emotional functioning. Mr. Delacruz expressed considerable remorse about his past actions and their impact on his family's life. He made sincere efforts to work to improve the emotional functioning of his family.

In my opinion, Mr. Delacruz has committed himself to a program of self-scrutiny and increased awareness of emotional functioning in order to help his family, and the prognosis for progress in reducing his son's symptoms has improved. Michael would very likely benefit from the opportunity to spend as much time as possible with his father—if not at home, then at least in a setting affording frequent opportunities for family visits and even outings.

Please take this information into consideration as you consider the legal disposition for Mr. Delacruz. With the permission of Mr. Delacruz, I would be happy to discuss any of your additional questions or concerns at (310) 966-6512.

Very truly yours,

Michael Brodsky, M.D.
Lecturer in Psychiatry
Geffen UCLA School of Medicine

1