# A & D PLASTERING
## Alex Daniels
**18123 South Hobart Blvd ▪ Gardena, Ca 90248**
**(310)901-5458 Mobile ▪ (310)538-2078 Fax**

To whom it may concern,

John De La Cruz has been employed with A&D Plastering since January 2005 to present. His current salary is $ 550.00 per week. By his daily attendance John has demonstrated that he is a reliable, hard working individual who is an asset to the company.

If you have any further questions or concerns please feel free to contact me at the phone number provided to you at the top of this letter.

Sincerely,

*[signature]*

Alex M. Daniels
October 26, 2005