Alvaro De La Cruz
4405 Grandview Blvd.
Los Angeles, CA 90066
Cell: (310) 880-8561
Home: (310) 398-6096

March 9, 2006

RE: John De La Cruz
_____

To Whom It May Concern,

    This Letter is in reference to John De La Cruz. John is my cousin. I am truly appreciative to be able to write this letter. Your Honor, I am of the opinion that John is a good person. He is somebody who I look to for advice and consolation in time of despair. He is also somebody with a sense of humor, which is a characteristic that is often underrated. All these parts of his personality make John a unique individual. Thus, my strong feelings toward him compelled me to write this letter on his behalf.

    As the elder of nine siblings, John had many responsibilities as a young person. Many times John was the one his parents counted on to help with the children. Sometimes, fair or unfair, his parents asked much of an adolescent kid. I believe it was many of these duties that helped instill a strong sense of responsibility. Many of these values I speak of were beset upon him by his parents. I know because my parents are very similar. My Aunt and Uncle were low income wage immigrants who made the most of oneself. They are proud of all their children, and their children of them.

    I know John to be a great father and husband. Many times he told me how important he thought being there for his children was to him and Lisa (wife). Having to raise four kids is not an easy job, but I never heard John complain about it. I recall him mentioning to me how sensitive he is to all their individual needs. My opinion is that John's children seem to be the barometer of how he measures his happiness. I pray that he be given the opportunity to be there as soon as can be, to resume to the raising of his family. Thank you for your time and consideration your honor.

Yours Truly,

Alvaro De La Cruz

*[signature]*