**Adriana De La Cruz**
4405 Grandview Blvd. Los Angeles, CA 90066
Cell: (310) 795-6495; Home: (310) 397-3297

October 17, 2005

RE: John De La Cruz

Your honor:

Let me begin my saying that I am extremely thankful that my cousin, John De La Cruz has been released pretrial. This letter expresses my recommendation for his continued release.

I have known John all my life. He is the son of my Aunt Maria and Uncle Jesus. He is the father of John Jr., Samantha, Michael and Jessica. He also has a step-son named Chris. He has eight brothers and sisters. You can imagine how many nieces and nephews he has, not to mention cousins. I hope to bring to your attention that he is not completely without family. It was difficult for all of us when he was detained.

His presence is essential in maintaining a functional family unit. His father has always been in ill health and his mother recently retired. John also continues being involved in the lives of his four children including step-son. His role in family matters, are essential in maintaining the balance necessary in keeping everyone together. No doubt there would be devastating repercussions should he again be separated from his children and wife. He is providing financial support through his current employment. John is devoted to continue employment and is resolved to stay away from bad influences. I feel that John is on his way to rehabilitation and will continue to be a good father and husband. John has expressed remorse about his current situation, this makes him determined to become a model citizen. Uninterrupted involvement in his immediate family would benefit everyone involved.

Please help me by keeping John with his family. In my personal opinion, I think that John will be an excellent candidate for continued release. Since his release, he has taken steps in the right direction. He is now involved in his local church, participates in community activities and has maintained continued employment. He is aware that he has an immediate responsibility to his family and friends in staying out of trouble. He will perform his duty, as instructed by you in living a law abiding lifestyle.

I look forward to continued improvements in John's character, his family values and community involvement. In conclusion, I hope you agree with me that this young man has a bright future ahead of him. It is my wish that you consider the needs of his family when making a decision. You have my sincere thanks for your time and consideration.

Respectfully,

Adriana De La Cruz
Adriana De La Cruz