# FERNANDO CERON

November 4, 2005

Dear Sir or Madam:

My name is Fernando Ceron. I am writing to you to let you know that I have known John de la Cruz for a 20 years or longer. He is always been a good and trustworthy friend. I have had limited contact with him in these last several years, but we have always been in good standing.

I know John to be an excellent husband and father. He is always very excited about the accomplishments that his children have done. He is very close to his own family as well as extended family he shares with his wife. I have only seen him at family functions with his wife and children. He is a devoted husband and father.

As long as I have known John, he has worked for one company or another and he has always been well regarded in his professional life. Until recently, when he became injured on the job, I cannot recall a time when John was not gainfully employed.

I hope that this letter has helped you in deciding what kind of individual John de la Cruz is. He truly is a caring person with much to offer society. His family is his source of happiness.

Sincerely,

**Fernando Ceron**