Joni Rountree
REALTOR-ASSOCIATE®

March 26, 2005

To Whom It May Concern,

    The years have just flown by and I often ask....just where did they go.  Be that as it may, I have known John de la Cruz and his family since 1971, the year I moved into the neighborhood.  We have been close neighbors ever since.

    John and his brothers and sisters were always full of energy, playing and laughing and enjoying each other as kids do.  As John grew up I would see him often, going off to school in the mornings or coming home in the evenings.  He many times helped his mother with his brothers and sisters since he is "the big brother".  He was always friendly and had a smile on his face.  He impressed me as having a positive outlook on life.

    We have had, on occasion, problems with graffiti writers in our neighborhood.  One time John saw some kids starting to write on my garage wall and he later told me he caught them and made them leave.  He also told me he would personally watch my property incase they ever did it again.  I have never had a problem since.

    As time progressed John married and had a family.  The children are precious and full of life.  Since we live very close in the neighborhood I see him taking the children to school, bringing them home and in general interacting with them often, as a good father would do. I know first hand that he cares for his family and makes it one of his top priorites to see to it that they are becoming good members of society.  They are polite,respectful and very cute.

    I have always been very fond of John.  He has helped me many times. He's always been respectful, has a good word to say and impresses me as enjoying life.  Often still, when he and his brothers and sister and their families get together you can hear them laughing and having fun with each other and enjoying being together.

    John is a terrific guy and, a good "big brother" and  wonderful family man.

Sincerely,




Joni Rountree

**RE/MAX** Westside Properties

11990 San Vicente Boulevard
Brentwood, California 90049
Office: (310) 979-4000 Ext. 138
Fax: (310) 979-4001
www.jonirountree.com
Each Office Independently Owned and Operated