October 17, 2005

Dear Sirs,

This is to inform you that I have known John de la Cruz for more than 25 years. He was my late son's best friend. He has continued to be in contact with me after my son died in 1997. His children view me as someone very dear to them. His son was named after my son when he was born. He comes to see me during holidays and remains in contact with me via phone. He has been very supportive after my son's death.

John has always been a good father. He is always involved in his children's lives. He also takes very good care of his family. He is very loyal to his friends and to his extended family. John is the type of person you can call for help and he will be right there. Numerous times after my son's death, I have done just that and he has always been someone I could find support in to listen or help with something around the house.

He has always worked very hard. He worked with both my son in his roofing business when they were teenagers and then again later when they both worked at Oakwood Apartments along with my daughter. He was well regarded in both positions.

Growing up in Venice was not an easy thing to do, but somehow John seemed to find his way out. He worked hard to advance his family and friends. My son and John had a pack to always make sure that their children would have all that they could offer by being involved in their lives. They would go on weekends together with their children whenever possible to expose their children to different places and ideas.

John has kept his promise by keeping involved in his children lives. His children will truly be lost without their father and his loving ways.

Sincerely,

Rosalina Ceron

Rosalina Ceron