To Whom it may concern,

I am writing this letter in re: to John Del a Cruz. I have been a life long friend of Johns. We have seen each other thru many situations both good and bad. At this time, I understand that he has created a huge mistake that he has no answer to why. In saying this, he is very remorseful. He realizes that he not only disappointed himself and immediate family, his friends have also been let down. I believe that he has changed in many ways for the better thru this. God has a way of putting you thru the worse only to bring out the best. John has been sorely tested and the changes this has brought are all for the better.

His family time is so important to him, Johns wife Lisa has also suffered. She has been the sole parent to her three young children thru this, and has benefited hugely from John being there to raise their family. John is an excellent parent who is in every part of his children's lives. Sports, school and homework he is involved. Please take in to account these children when John is brought before you. They have suffered more than any of the adults here.

If I had thought John was not bettered from this and humbled, I would not stand beside him. John has left the life he used to live many years ago. He is a different man today. Thru the years he has taken responsibility for his past and previous actions. Today he will take responsibility again. Please remember the odds that John changed his life years ago to be a better citizen and father. That he is here shows that he is still a man who makes mistakes. This one is costly but please do not make the price so high that his young children and wife will be the ones to suffer thru time. Without the father in their life be vunerable to the life John led so many years ago.

Than you for your time,
Julia Price