<u>U.S.A vs. JOHN DE LA CRUZ</u>
Case No. CR 04-00185-02 SOM

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 500 South Grand Avenue, 21st Floor, Los Angeles, California 90071.

On March 16, 2006 I served on the interested parties in this action the foregoing document described as:

**SENTENCING MEMORANDUM ON BEHALF OF JOHN DE LA CRUZ**

[ ]   By placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes addressed:

Kenneth M. Sorenson
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Mona L. Godinet
U.S. Probation Officer
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

[X]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]   **BY U. S. MAIL**, I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

[X]   **BY FEDERAL EXPRESS.** I delivered such envelope by hand to the office of the Federal Express for overnight delivery or set forth about.

I am readily familiar with Law Offices of Mark Waecker's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U. S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

[X]   **STATE.** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2006, at Los Angeles, California.

_____
YOUMI KIM