ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2006

at 9 o'clock and 24 min. 9 M
SUE BEITIA, CLERK

LODGED

MAR 15 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

MARK WAECKER (Bar No. 81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
500 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 955-4500
Facsimile: (213) 955-4560

BIRNEY B. BERVAR 5482
BERVAR & JONES
1001 Bishop Street, 1400 Pauahi Tower
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991

Attorney for Defendant, JOHN DE LA CRUZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00185-02 SOM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO AMEND THE TERMS** |
| | ) **OF RELEASE FOR DEFENDANT JOHN** |
| JOHN DE LA CRUZ, | ) **DE LA CRUZ** |
| Defendant. | ) |

**WHEREAS**, on December 9, 2004, a hearing was held regarding the detention of defendant John De La Cruz ("defendant") and it was ordered that defendant may be released from detention subject to various conditions;

**WHEREAS**, one condition of release required that a mortgage bond in the amount of $200,000.00 be placed on a parcel of real property for the security of the release of the defendant ("mortgage");

1

**WHEREAS**, defendant's family residence at 827 Amorosa Place, Venice California was pledged with said mortgage on or about December 30, 2004;

**WHEREAS**, defendant now desires to substitute another parcel of real property instead and in place of the original parcel for security for defendant's release.

NOW, therefore, the parties hereto stipulate as follows:

1.    That the conditions of release are amended so that a mortgage in the amount of $200,000.00 may be placed on a parcel of real property commonly described as 2615 West Boulevard, Los Angeles, California 90016;

2.    That the Defendant has caused to be executed and recorded a mortgage in the amount of $200,000.00 and recorded in the chain of title against the real property located at 2615 West Boulevard, Los Angeles, California 90016;

3.    The clerk is instructed to execute a release of lien for the mortgage at 827 Amorosa Place, Venice California previously posted by Defendant;

4.    All other conditions of release shall remain in full force and effect.

Dated: 3-13-06 , Los Angeles, California

MARK WAECKER
Attorney for Defendant
JOHN DE LA CRUZ

Dated: 3/6/06 , Honolulu, Hawaii

KENNETH SORENSON
Assistant United States Attorney

**IT IS APPROVED AND SO ORDERED:**

Dated: ___3/16/06___

_____
THE HONORABLE SUSAN OKI MOLLWAY
United States District Court Judge