# MINUTES

          FILED IN THE
    UNITED STATES DISTRICT COURT
       DISTRICT OF HAWAII

3/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00185SOM |
| CASE NAME: | USA vs. (02) John Dela Cruz |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 02 Mark Waecker |
| | 02 Birney Bervar |
| | Mona Godinet (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/28/2006 | TIME: | 3:00 - 3:50 |

COURT ACTION: EP: Sentencing to Count 1 of the First Superseding Indictment -

Defendant (02) John Dela Cruz present.

The Presentence Investigation Report and the USPO's recommendation are adopted by the Court, and placed under seal.

The Memorandum of Plea Agreement has been accepted by the Court.

The Court found that the defendant qualifies for the "safety valve" provision as set forth in 18 USC Section 3553(f)(1)-(5).

Allocution by the Defendant.

Martina Tippets addressed the Court.

ADJUDGED:

Imprisonment: 46 Months.

Supervised Release: 4 Years.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by Probation Office.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

> That the defendant shall report the receipt of any prescription drug to his Probation Officer within 24 hours of his receipt of the prescription from the doctor.

- That the defendant may serve up to a maximum of 180 days community confinement in a community corrections center following release from imprisonment, if the community confinement is determined to be appropriate by the Probation Office, as arranged by the Probation Office.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATIONS:   1) Lompoc; 2)  500 Hour Comprehensive Drug Treatment Program; 3) Medical Treatment; 4)  Vocational and Educational Programs.

Mittimus is stayed until 5/2/06.

Defendant to self surrender @ 10:00 a.m. 5/2/06 at the facility designated by the BOP.

The time is the time at the facility.

Government's Motion to Dismiss Count 2 of the First Superseding Indictment as to this Defendant Only - Granted.

Court orders that the property held be released upon the defendant reporting to the facility designated by the BOP.

Submitted by: Toni Fujinaga, Courtroom Manager.