| | |
|---|---|
| RECORDED AT REQUEST OF<br><br>Mark Waecker, Esq.<br><br>WHEN RECORDED MAIL TO<br><br>Mark Waecker<br>Attorney at Law<br>Law Offices of Mark Waecker<br>A Professional Corporation<br>500 S. Grand Ave., 21st Floor<br>Los Angeles, CA 90071 | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>MAR 28 2006<br><br>at 2 o'clock and 05 min P M<br>SUE BEITIA, CLERK<br><br>CR 04-00185 SOM 02<br><br>(FOR RECORDER'S USE ONLY) |

MORTGAGE

CERTIFIED A TRUE COPY OF THE ORIGINAL
RECORDED IN THE OFFICIAL RECORDS OF
Los Angeles COUNTY C 3/7/06
UNDER RECORDERS SERIES NO 06 0434371
FINANCIAL TITLE COMPANY
BY [signature]

## MORTGAGE

This Mortgage is given by MARIA DE LA CRUZ, hereinafter called Mortgager, of 2615 West Boulevard, Los Angeles, CA 90016, to WALTER A.Y.H. CHINN, CLERK, UNITED STATES DISTIRICT COURT, DISTICT OF HAWAII, of 300 Ala Moana Blvd, Honolulu, HI 96850, hereinafter called Mortgagee, which term includes any holder of this Mortgage, to secure the payment of the PRINCIPAL SUM of TWO HUNDRED THOUSAND AND NO/100 DOLLAR: (U.S. $200,000.00) as provided in the AGREEMENT TO FORFEIT PROPERTY("Forfeit Agreement") and attached hereto and made a part hereof as Exhibit B, and also to secure the performance of all the terms, covenants, agreements, conditions an extensions of the aforesaid Forfeit Agreement and this Mortgage.

In consideration of the release of the defendant JOHN DE LA CRUZ as provided in the attached Forfeit Agreement, the Mortgager does hereby grant and convey to Mortgagee with MORTGAGE COVENANTS, the land with the buildings situated thereon and all the improvements and fixtures now and hereafter a part thereof, being more particularly described in Exhibit A attached hereto and made a part thereof and having a street access of 2615 West Boulevard, Los Angeles, CA 90016.

Mortgage further covenants and agrees that the terms and conditions of the Forfeit Agreement that is attached hereto as Exhibit B shall be made a part of this Mortgage and in the event that Mortgager fails to carry out the covenants and agreements set forth herein and/or the attached Forfeit Agreement, the Mortgagee may do and pay for whatever is necessary to protect the value of and the Mortgagee's rights in the mortgaged property and any amounts so paid shall be added to the Principal Sum due the mortgagee hereunder.

Mortgage further covenants and warrants to Mortgagee that Mortgager is indefeasibly seized of said land in fee simple; that Mortgager has lawful authority to mortgage said land and that said land is free and clear of all encumbrances except as may be expressly contained in the Forfeit Agreement.

This instrument may be executed in several counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute out one and the same instrument.

EXHIBIT A
(Legal Description)

All that certain real property situated in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 39, as shown on the Map entitled, "Tract No. 4831", filed for record in Book 54 of Maps, Page 90

**APN: 5050-004-032**
**ARB: None**

**EXHIBIT B**

AO 100 (Rev. 7/93) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

JOHN DELA CRUZ
Defendant

CASE NUMBER: CR. NO. 04-00185-02 SOM

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

2615 West Boulevard
Los Angeles, California 90016

and there has been posted with the court the following indicia of my/our ownership of the property:

Preliminary Title Report

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Deed of Trust dated November 3, 1988 made by Manny Ibay and Jane Ko, as Trustor, to Seaside Financial Corporation, as Trustee, given to secure a principal indebetness in the amount of $342,750.00.

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant     JOHN DELA CRUZ
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on  2-23-06  at UPS Store 970 Sunrise Ave Roseville CA 95661
                               (Date)                      (Place)

Defendant                                    Address
Owner(s)/  Maria de la Cruz                  Address
Obligor(s) _____               Address
           _____               Address

Signed and acknowledged before me on _____
                                        (Date)

_____
(Judicial Officer/Clerk)

Approved: _____
          (Judicial Officer)

Executed this 23 day of February, 2006.

_____
MARIA DE LA CRUZ

STATE OF CALIFORNIA
County of PLACER

On FEB. 23, 2006 before me JAMES F. CASTUERAS personally appeared MARIA DELACRUZ _____

personally know to me (or proved to me on the basis of satisfactory evidence) to be the person(s) shoes name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my name and official seal.

Signature _____ (Seal)
Notary Public in and for said County and State

[Seal: JAMES F. CASTUERAS, COMM. #1627589, NOTARY PUBLIC-CALIFORNIA, PLACER COUNTY, My Comm. Exp. Dec. 6, 2009]