# FINANCIAL TITLE COMPANY

## PRELIMINARY REPORT

### 1st Update

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at 2 o'clock and 05 min. P M
SUE BEITIA, CLERK

Loan Source
Attn: Mavis
6349 Auburn Blvd.
Citrus Heights, CA 95621

Branch:
11707 Fair Oaks Blvd. #100
Fair Oaks, CA 95628
Phone: (916) 966-7600   Fax: (916) 863-2300
Contact: **Erika Pickard/MP1/sc2**

CR 04-00185 SOM 02

Order Number: 42514894-805-ELP
Other Reference:
Buyer/Borrower:

Property Address:
**2615 West Boulevard
Los Angeles, CA  90016**

**Jesus De La Cruz**

In response to the above referenced application for a policy of title insurance, this Company reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception herein or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said Policy forms. The printed Exceptions and Exclusions from the coverage of said Policy or Policies are set forth in Exhibit A attached.

Please read the exceptions shown or referred to below and the Exceptions and Exclusions set forth in Exhibit A of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.

It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land. This report (and any supplements hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

The form of policy of title insurance contemplated by this report is:

**ALTA Lender's Policy**

Dated as of **March 7, 2006** at 7:30 a.m.

The estate or interest in the land hereinafter described or referred to covered by this Report is:

**A Fee**

Title to said estate or interest at the date hereof is vested in:

**MARIA DE LA CRUZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

Page No. 2
Order No. **42514894-805-ELP**

## LEGAL DESCRIPTION

**The land referred to in this Report is described as follows**:

All that certain real property situated in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 39, as shown on the Map entitled, "Tract No. 4831", filed for record in Book 54 of Maps, Page 90.

**APN: 5050-004-032**
**ARB: None**

Page No. 3
Order No. 42514894-805-ELP

**At the date hereof exceptions to coverage in addition to the printed Exceptions and Exclusions in said policy would be as follows:**

**EXCEPTIONS:**

1.  Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes to be levied for the fiscal year 2006-2007.

2.  Property taxes, including any assessments collected with taxes, for the fiscal year 2005-2006, are as follows:
    Assessor's Parcel No.: 5050-004-032
    Code Area:           0000067
    Land:                $369,565.00
    Improvements:        $263,973.00
    Exemptions:          $0.00
    1st Installment:     $4,609.96 paid
    2nd Installment:     $4,156.20 open

3.  The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.

4.  The property covered herein lies within the boundaries of various assessment districts and any amendments thereto.

5.  Easement(s) as shown on the filed Map, incidentals thereto and recorded subsequent thereafter.

6.  Covenants, Conditions and Restrictions (but deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, marital status, ancestry, disability, handicap, familial status, or national origin, to the extent such covenants, conditions or restrictions violate 42 U.S.C. §3604(c) or California Government Code § 12955. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status) modification thereof.

    Said covenants, conditions and restrictions do not provide for the express forfeiture or reversion thereof.

    Said covenants, conditions and restrictions provide that a violation thereof, shall not render invalid the lien of FIRST mortgage or deed of trust made in good faith and for value, under the conditions set forth therein.

Page No. 4
Order No. **42514894-805-ELP**

7. Deed of Trust securing payment of the amount hereinafter set forth and any other amounts payable under the terms thereof
   Dated:          November 3, 1988
   Amount:         $342,750.00
   Trustor:        Manny Ibay and Jane Ko
   Trustee:        Seaside Financial Corporation
   Beneficiary:    First Federal Savings Bank of California
   Recorded:       November 23, 1988, Document No. 88-1883289, Official Records

   The beneficial interest under said Deed of Trust has been assigned of record
   To:             Federal Home Loan Mortgage Corporation
   Recorded:       February 13, 1991, Document No. 91-217000, Official Records

8. A mortgage with power of sale to secure an indebtedness as shown below, and any other obligations secured thereby
   Dated:          February 23, 2006
   Amount:         $200,000.00
   Mortgagor:      Maria De La Cruz
   Mortgagee:      Walter A Y H Chinn, Clerk, United States District Court, District of Hawaii
   Recorded:       March 7, 2006, Document No. 06-0484371, Official Records

**NOTES:**

*Privacy Promise For Customers*

We will not reveal non-public personal customer information to any
external non-affiliated organization unless we have been authorized
by the customer, or are required by law.

Occasionally, due to certain market conditions, it may not be possible to deliver policies of title insurance in a time frame that our clients request. Should you have individual needs please contact the title operation that issued this report. We recognize, appreciate and understand your needs.

a.     STR applies: yes

b.     This report does not reflect requests for notice of default, requests for notice of delinquency, subsequent transfers of easements, and similar matters not germane to the issuance of the policy of title insurance anticipated hereunder.

c.     If this company is requested to disburse funds in connection with this transaction, Chapter 598 of 1989 Mandates of the California Insurance Code requires hold periods for checks deposited to escrow or sub-escrow accounts. Such periods vary depending upon the type of check and anticipated methods of deposit should be discussed with the escrow officer.

d.     No endorsement issued in connection with the policy and relating to covenants, conditions or restrictions provides coverage for environmental protection.

e.     Our investigation has been completed and the improvements located on the land described herein is a apartment house known as **2615 West Boulevard, Los Angeles, CA 90016**.

       At the close of escrow, an ALTA Lenders Policy of Title Insurance will be issued with 100 and 116 series Endorsements.

f.     If the land is an improved residential lot on which there is located a one-to-four family residence and each insured buyer is a natural person, and unless otherwise directed, we will issue the extended coverage CLTA Homeowners Policy of Title Insurance (6/2/98).

g.     The following is furnished for information only:

       There have been no recorded conveyances affecting the herein stated land within twenty-four months prior to the date of this report.

h.     This order was issued by State Title Services, a subsidiary of Financial Title Company.



**EXHIBIT "A"**

**LIST OF PRINTED EXCEPTIONS AND EXCLUSIONS**

CLTA Preliminary Report Form
(Rev. 6/98)

CLTA PRELIMINARY REPORT FORM
LIST OF PRINTED EXCEPTIONS AND EXCLUSIONS

SCHEDULE B

1. CALIFORNIA LAND TITLE ASSOCIATION STANDARD COVERAGE POLICY FORM - 1990
AND
CALIFORNIA LAND TITLE ASSOCIATION HOMEOWNER'S POLICY - EAGLE (6/2/98)
EXCLUSIONS FROM COVERAGE

In addition to the Exceptions in Schedule B, you are not insured against loss, costs, attorneys' fees, and expenses resulting from:
1. Governmental police power, and the existence of violation of any law or government regulation. This includes ordinances, laws and regulations concerning:
    a. building
    b. zoning
    c. land use
    d. improvements on the land
    e. land division
    f. environmental protection
   This Exclusion does not apply to violations or the enforcement of these matters if notice of the violation or enforcement appears in the Public Records at the Policy Date.
   This Exclusion does not limit the coverage described in Covered Risk 14, 15, 16, 17 or 24.
2. The failure of your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not apply to violations of building codes if notice of the violation appears in the Public Records at the Policy Date.
3. The right to take the land by condemning it, unless:
    a. a notice of exercising the right appears in the Public Records at the Policy Date; or
    b. the taking happened before the Policy Date and is binding on you if you bought the land without knowing of the taking.
4. Risks:
    a. that are created, allowed or agreed to by you, whether or not they appear in the Public Records;
    b. that are known to you at the Policy Date, but not to us, unless they appear in the Public Records at the Policy Date;
    c. that result in no loss to you; or
    d. that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.d, 22, 23, 24, or 25.
5. Failure to pay value for your title.
6. Lack of a right:
    a. to any land outside the area specifically described and referred to in paragraph 3 of Schedule A; and
    b. in streets, alleys, or waterways that touch the land.
This Exclusion does not limit the coverage described in Covered Risk 11 or 18.

2. AMERICAN LAND TITLE ASSOCIATION LOAN POLICY (10-17-92)
WITH ALTA ENDORSEMENT - FORM 1 COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:
1. (a) Any law, ordinance or governmental regulation (including but not limited to building and zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating to (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

**EXHIBIT "A" - CONTINUED**

2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters:
    (a) created, suffered, assumed or agreed to by the insured claimant;
    (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
    (c) resulting in no loss or damage to the insured claimant;
    (d) attaching or created subsequent to Date of Policy (except to the extent that this policy insures the priority of the lien of the insured mortgage
    over any statutory lien for services, labor or material or to the extent insurance is afforded herein as to assessments for street improvements under construction or completed at Date of Policy); or
    (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage.
4. Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with applicable doing business laws of the state in which the land is situated.
5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.
6. Any statutory lien for services, labor or materials (or the claim of priority of any statutory lien for services, labor or materials over the lien of the insured mortgage) arising from an improvement or work related to the land which is contracted for and commenced subsequent to Date of Policy and is not financed in whole or in part by proceeds of the indebtedness secured by the insured mortgage which at Date of Policy the insured has advanced or is obligated to advance.
7. Any claim, which arises out of the transaction creating the interest of the mortgagee insured by this policy, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that is based on:
    (a) the transaction creating the interest of the insured mortgagee being deemed a fraudulent conveyance or fraudulent transfer; or
    (b) the subordination of the interest of the insured mortgagee as a result of the application of the doctrine of equitable subordination; or
    (c) the transaction creating the interest of the insured mortgagee being deemed a preferential transfer except where the preferential transfer results from the failure: (i) to timely record the instrument of transfer; or (ii) of such recordation to impart notice to a purchaser for value or a judgment or lien creditor.

The above policy forms may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following General Exceptions:

EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:
1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.
2. Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.
3. Any facts, rights, interests or claims which are not shown by the public records but which could be ascertained by an inspection of the land or by making inquiry of persons in possession thereof.
4. Easements, liens or encumbrances, or claims thereof, which are not shown by the public records.
5. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.
6. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), (c) are shown by the public records.