File No. 0061170

CR 04-00185    SOM 02

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2006

at ____ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

APPRAISAL REPORT

OF

A 10 UNIT APARTMENT BUILDING

LOCATED AT

2615 WEST BOULEVARD
LOS ANGELES, CA  90016

PREPARED FOR

JAIME DE LA CRUZ
9253 EAGLE SPRINGS PLACE
ROSEMEAD, CA 95747

PREPARED BY

FRED ROHDE

KIRSHNER AND ROHDE APPRAISAL SERVICES
10951 W. PICO BLVD., SUITE 204B
LOS ANGELES, CA  90064

AS OF
OCTOBER 3, 2005

File No. 0061170

## KIRSHNER AND ROHDE APPRAISAL SERVICES
### A REAL ESTATE APPRAISAL AND CONSULTING FIRM

October 12, 2005

Mr. Jaime De La Cruz
9253 Eagle Springs Place
Rosemead, CA 95747

     Re:  Appraisal Report
         Apartment Building with 10 Units
         2615 West Boulevard
         Los Angeles, CA  90016

Dear Mr. De La Cruz,

Per your request, we have appraised the above captioned property and provided the report on the FHLMC form 71B, the "4 pager." This appraisal contains the data, analyses and conclusions utilized in determining the estimated market value of the subject property.

The property being appraised and that which is the subject of this report is commonly known as 2615 West Boulevard, Los Angeles, California 90016.  The property is described legally within the body of this report.

The purpose of this appraisal is to estimate the market value of the subject property, as described herein, as of the date of valuation, October 3, 2005.

We have made a careful and detailed analysis of all factors pertinent to the estimate of value. In this analysis, we have considered all three conventional approaches of valuation. The final estimates of value utilized data from all three approaches to value, which is described in detail within the body of the appraisal.  The appraisal was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

As a result of our investigation and analysis, we are of the opinion that the Market Value (as hereinafter defined) of the subject property, as of the date of valuation, October 3, 2005, is:

## ONE MILLION ONE HUNDRED AND FIFTY THOUSAND DOLLARS

### ($1,150,000)

This value estimate is based upon a Fee Simple Ownership Estate of the property appraised, and is subject to certain assumptions and limiting conditions made a part of this report.

Thank you for the opportunity to have been of service to your company.  If we can be of further assistance or should you have any questions regarding the material in this report, please do not hesitate to call.

Sincerely,
Kirshner and Rohde Appraisal Services

Fred Rohde, Certification #AG006368, Expires 10/29/2006

**10951 W. PICO BOULEVARD, SUITE 204B, LOS ANGELES, CALIFORNIA 90064**
**PHONE: (310)474-8774  FAX: (310)474-8776**

File No. 0061170

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the Market Value of the Fee Simple Ownership Estate of the subject property, as of the date of valuation, October 3, 2005.

This appraisal report is intended to comply with the Uniform Standards of Professional Appraisal Practice.

The definition of Market Value, as stated in The Uniform Standards of Professional Appraisal Practice is as follows:

"The most probable price in terms of money which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming that the price is not affected by undue stimulus.

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a)  buyer and seller are typically motivated;

b)  both parties are well informed or well advised, each acting in what they consider their own best interest;

c)  a reasonable time is allowed for exposure in the open market;

d)  payment is made in terms of U.S. dollars or in terms of financial arrangements comparable thereto; and

e)  The price represents a normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

File No. 0061170

**UNDERLYING ASSUMPTIONS**

This appraisal report has been made with the following general assumptions, as they apply to the subject property:

1) No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

2) The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3) Responsible ownership and competent property management are assumed.

4) The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

5) It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

6) It is assumed that there is fully compliance with all applicable federal, state and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

7) It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.

8) It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

9) It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

File No. 0061170

## LIMITING CONDITIONS

This appraisal report has been made with the following general limiting conditions as they apply to the subject:

1) The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

2) Possession of this report, or a copy thereof, does not carry with it the right of publication.

3) The appraiser(s), by reason of this appraisal, is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.

4) Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser(s), or the firm with which the appraiser(s) is connected) shall be disseminated to the public through advertising, public relations, news, sales or other media without the prior written consent and approval of the appraiser(s).

5) Any value estimated provided in the report apply to the entire property, and any proration or division of the total into fractional interests will invalidate the value estimate, unless such proration or division of interests has been set forth in the report.

6) The appraiser(s) assumes that the reader or user of this report has been provided with copies of available building plans and all leases and amendments, if any, encumbering the property.

7) No legal description or survey was furnished so the appraiser(s) utilized the county tax plat to ascertain the physical dimensions and acreage of the property. Should a survey prove these characteristics inaccurate, it may be necessary for this appraisal to be adjusted.

8) The forecasts, projections, or operating estimates contained herein are based upon current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes in future conditions.

9) Since earthquakes are not uncommon in the area, no responsibility is assumed due to their possible effect on individual properties unless detailed geologic reports are made available.

10) No termite inspection report was available. The appraiser(s) personally inspected the subject property, and unless otherwise noted within the body of the report, found no significant evidence of termite damage or infestation; however, no guarantee that none exists should be construed.

11) No consideration has been given in this appraisal as to the value of the property considered by the appraiser(s) to be personal, located on the premises, or the cost of moving or relocating such personal property; only the real estate has been considered.

12) Rental areas herein discussed have been calculated in accordance with the standards developed by the American Standard Association as included in the "Real Estate Appraisal Technology" handbook sponsored by the Appraisal Institute.

13) In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of asbestos or area formaldehyde foam insulation, and/or the existence of toxic water, which may or may not be present on the property, has not been considered. The appraiser(s) is not qualified to detect such substances. We urge the client to retain an expert in this field, if desired.

Kirshner & Rohde Appraisal Services

# APPRAISAL REPORT-RESIDENTIAL INCOME PROPERTY
This form may be used for appraisal of income producing properties provided the loan requested does not exceed $750,000.

| | |
|---|---|
| Borrower/Client  De La Cruz | File No.  0061170 |
| Property Address  2615 West Blvd | Map Reference 31084 |
| City  Los Angeles    County Los Angeles    State CA    Zip Code 90016-3017 | Census Tract  2200.00 |
| Legal Description    Lot 39, Tract 4831, Map Book 54, Page 90. Assessor's Parcel Number 5050-004-032 | |

**TO BE COMPLETED BY LENDER**

Current Sale Price (if applicable) $ _N/A_    Date of Sale N/A    Loan Requested $ Unknown
Terms of Sale   N/A
Property Rights Appraised  ☒ Fee    ☐ Leasehold (attach completed Lease Analysis FHLMC Form 461)
Lender  Jaime De La Cruz    Lender's Address  9253 Eagle Springs Place, Rosemead, CA 95747
Instructions to Appraiser: The purpose of this appraisal is to estimate the current Market Value of the Subject Property.  The Definition of Market Value is as set forth in Certification And Statement Of Limiting Conditions (FHLMC 439).
**Note: FHLMC/FNMA do not consider the racial composition of the neighborhood to be a relevant factor and it must not be considered in the appraisal.**
Other Information   Estimate market value as of the date of inspection.
Appraisal requested from   Fred Rohde    Date September 20    20 05    By Jaime De La Cruz
Items 1, 2, 4, 5, 6 are required. Attach additional items and check box if items are considered appropriate for this appraisal or are requested by Lender.

1. ☒ Descriptive photographs of subject property
2. ☒ Descriptive photographs of street scene
3. ☒ Photographs of   Sales & Rental Comparables
4. ☒ Sketch or floor plan of typical units
5. ☒ Owner's current certified rent roll if existing, or pro forma if proposed or incomplete
6. ☐ Owner's income and expense statement   19 ___, or pro forma income and expense statement
7. ☒ Map(s)
8. ☒ Plot plan or survey
9. ☐ Qualifications of Appraiser
10. ☐ Lease Analysis FHLMC 461 (required if leasehold interest appraised)
11. ☐ Summary of reciprocal agreements with other owners for use of parking, driveways, recreational facilities, private streets, (required if applicable)
12. ☒ Additional Addenda as needed
13. 

**NEIGHBORHOOD**

| | | | | OVERALL RATING | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Employment Stability | | ☒ | | |
| Built-up | ☒ Over 75% | ☐ 25% to 75% | ☐ Under 25% | Adequacy of Utilities | | ☒ | | |
| Present land use | 5 % Condominiums | 65 % 1-Family | 26 % Apartments | Convenience of Schools | | ☒ | | |
| | 5 % Commercial | % | | Police and Fire Protection | | ☒ | | |
| Change in present land use | ☒ Not Likely | ☐ Likely (*) | ☐ Taking Place (*) | Recreational Facilities | | ☒ | | |
| | (*) From | To | | Property Compatibility | | ☒ | | |
| Property values | ☒ Increasing | ☐ Stable | ☐ Declining | Protection from Detrimental Conditions | | ☒ | | |
| Housing demand/supply | ☒ In balance | ☐ Shortage | ☐ Oversupply | General Appearance of Properties | | ☒ | ☒ | |
| Predominant occupancy | ☒ Owner | ☐ Tenant | % Vacant | Appeal to Market | | ☒ | | |

| Condominium: | Price range $ 275,000 to $ 450,000    Predominant $ 350,000 | | Distance | Access or Convenience |
|---|---|---|---|---|
| | Age 10 yrs. to 55 yrs.    Predominant 35 yrs. | | | Good | Avg | Fair | Poor |
| Single Family: | Price range $ 350,000 to $ 750,000    Predominant $ 450,000 | Public Transportation | 1 Block | | ☒ | | |
| | Age 25 yrs. to 90 yrs.    Predominant 70 yrs. | Employment Centers | 1-20 Miles | | ☒ | | |
| Typical apartment: | Type Walk-Up    No. Stories 1-2 | Shopping Facilities | 1 Mile | | ☒ | | |
| | No. Units 5+    Age 45 yrs.    Condition Average | Grammer Schools | 6 Blocks | | ☒ | | |
| | Rent Levels: ☐ Increasing ☒ Stable ☐ Declining | Freeway Access | 1 Mile | | ☒ | | |

Estimated neighborhood apartment vacancy rate    3 %    ☐ Decreasing ☒ Stable ☐ Increasing    Rent Controls ☐ No ☒ Yes (comments on page 4 if Yes)
Describe any incompatible land uses and overall property appeal and maintenance level  Property use in this area is mixed residential with low to medium density apartment buildings ranging in age from 25 to 85 years and older single family residences on interior streets. Commercial properties are typically on main traffic arteries. The area displays average overall levels of maintenance.
Describe any oversupply of units in area by type and rental  There appears to be an adequate supply of all types of units in this area. No "for rent" signs were observed in the immediate area for similar type apartment buildings.

Describe any shortage of units in area by type and rental  The general area has no apparent shortage for any type of unit in the subject area, but rents have been gradually increasing and vacancy levels decreasing.
Describe potential for additional units in area considering land availability, zoning, utilities, etc.  Average potential due to zoning, utilities and limited availability of tear down apartments. Many small to mid sized 30-60 year old apartment buildings noted in the area of the subject property.

Is population of relevant market area of insufficient size, diversity and financial ability to support subject property and its amenities ?    No    If yes, specify.

Describe any probable changes in the economic base of neighborhood which would favorably or adversely affect apartment rentals (e.g. employment centers, zoning)
No probable changes in the neighborhood economic base are noted. Employment/employment is mostly blue collar with good access to area employment.

General comments including either favorable or unfavorable elements not mentioned (e.g. public parks, view, noise, parking congestion)  The neighborhood's location has adequate proximity to all consumer services and employment centers. Land uses siding and fronting the subject are low to medium density two story older small apartments and older single family residences. Subject backs to a similar 2 story apartment. No adverse conditions noted. Street parking is available in front of the subject building with minimal restrictions.

**SITE**

Dimensions  75' x 170'    Area 12,750    Sq. ft. or Acres
Zoning (classification, uses and densities permitted)  R3- Multi-Family residential uses permitted. Subject appears to be legally conforming with respect to density and use, current zoning would require additional parking spaces.
Present Improvements ☐ do    ☒ do not conform to zoning regulations
Highest and best use  ☒ Present use    ☐ Other (specify)   Typical apartment complex for this area, older two story complex building in average condition, open parking on-site. See addendum regarding alley dedication to the street. This area is included in the overall site area.

| | Public | Comm. | Individual | Street | ☒ Public | ☐ Private | Ingress and Egress (Adequacy) | Adequate |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | | Surface Asphalt | | | Topography | Level |
| Gas | ☒ | | | ☒ Storm Sewer | | | View Amenity | Average |
| Water | ☒ | | | ☒ Curb & Gutter | | | Drainage and Flood Conditions | Appears adequate to lot line |
| Sanitary Sewer | ☒ | | ☐ Sep.Tnk. | ☒ Sidewalk ☒ Alley | | | Zone X, Panel # 060137 0072E. Not in a flood zone | |
| ☒ Underground Electricity & Telephone | | | ☒ Street Lights | | | Is the property located in a HUD Identified Special Flood Hazard Area? | |

COMMENTS (including any easements or encroachments or any nonconforming use(s) of present improvements)  The subject site is an interior lot that is rectangular in shape. All necessary and normal utilities are available to the site. Ingress and egress are provided by front curb cut along West Boulevard to the front. The subject sides backs and fronts to similar small one or two story apartment buildings. No adverse easements or encroachments noted or other adverse conditions noted.

FHLMC Form 71B–Rev. 8/77 [Y2K]

## DESCRIPTION OF IMPROVEMENTS

☒ Existing  Approx. Year Built 19 46   ☐ Proposed  ☐ Under Construction   ☐ Elevator  ☒ Walk-up  No. of Stories 2   ☐ Row or Townhouse

No. of Bldgs. 1   No. of Units 10   No. of Rooms 40   No. of Baths 10   Parking Spaces: No. 10   Type 10 Open

Basic Structural System Wood Frame   Exterior Walls Stucco   Roof Covering Composition

Interior Walls Plaster   Floors Carpet/Linoleum   Bath Floor and Walls Lino/Tile

Insulation Adequate   Adequacy Average   Adequacy and Soundproofing Average

Heating: ☐ Central ☒ Individ. Type Wall Furnaces   Fuel Gas   Condition Average

Air Conditioning: ☐ Central ☐ Individ. Describe   Adequacy and Condition N/A

Elevator(s): Number N/A   Automatic N/A   Adequacy and Condition N/A

Security Features   Deadbolts on doors, some security doors, some security windows (to code with quick release latches as required)

Kitchen cabinets, drawers and counter space ☒ Adequate ☐ Inadequate

☒ Range/Oven  ☐ Fan/Hood   ☐ Dishwasher  ☒ Disposal

☒ Refrigerator  ☐ Washer   ☐ Dryer

Hot Water Heater(s) 1 - 100 gallon heater

Plumbing Fixtures Standard

Electrical Service Standard

Recreational Facilities None.

| OVERALL PROPERTY RATING | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| General appearance of property | | ☒ | | |
| Quality of construction (materials and finish) | | ☒ | | |
| Condition of improvements | | ☒ | | |
| Rooms size and layout | | ☒ | | |
| Closets and storage | | ☒ | | |
| Plumbing-adequacy and condition | | ☒ | | |
| Electrical-adequacy and condition | | ☒ | | |
| Amenities and parking facilities | | ☒ | | |
| Appeal to market | | ☒ | | |

Effective Age 25 Yrs.   Estimated Remaining Economic Life 45 Yrs.

COMMENTS: (Special features, functional or physical inadequacies, repairs needed, modernization, etc.) The building is of average quality. The property is considered to be in average condition with average maintenance. Some units have newer carpet or vinyl style flooring due to tenant turn over. Only a few cosmetic type maintenance needs observed. Some units with longer term tenants would benefit from touch-up painting and carpet cleaning. Some minor need for exterior painting, repair of exterior gate latches, cracked asphalt driveway areas. S/P has perimeter fencing. Storage building in rear used by owner. No laundry facilities.

## COST APPROACH

LAND SALES (complete ONLY if appropriate for this appraisal)

| | Zoning | Area | Sales Price | Date | Price per Sq. Ft. or Unit |
|---|---|---|---|---|---|
| 1. 1025 Dewey Street | R4-1 | 11,813 $ | 820,000 | 1/16/2004 | $ 69.42 Per SF |
| 2. 4005 Monroe Street | RD | 18,135 $ | 625,000 | 4/14/2004 | $ 34.46 Per SF |
| 3. 563 N. Kenmore Avenue | R3 | 9,374 $ | 680,000 | 11/24/2004 | $ 72.54 Per SF |

Comments and Reconciliation Three comparable land sales identified with respect to similar use and zoning. Land sales range from $34 to $73/SF, with land concluded at $50. Extremely few land sales noted in the general area (100% developed)   Estimated Land Value 12750 SF x $50 $ 637,500

APARTMENT BUILDING(S)-ESTIMATED REPRODUCTION COST NEW

| | | | | |
|---|---|---|---|---|
| X | = | Sq. Ft. X 1 (Stories) = 8,220 Sq. Ft. X $ 85.00 | $ | 698,700 |
| X | = | Sq. Ft. X (Stories) = Sq. Ft. X $ | $ | |
| X | = | Sq. Ft. X (Stories) = Sq. Ft. X $ | $ | |

OTHER IMPROVEMENTS   $

Driveway, Paving, Fencing, Storage Building   $ 45,000

Developer's Profit (15% of improvements prior to depreciation)   $ 111,555

TOTAL ESTIMATED COST NEW OF IMPROVEMENTS   $ 855,255

LESS DEPRECIATION   25 Year Effective Age / 70 Year Life = 36%

DEPRECIATED VALUE OF IMPROVEMENTS   $ 307,891

DEPRECIATED VALUE OF IMPROVEMENTS   $ 547,364

ADD-ESTIMATED LAND VALUE   $ 637,500

INDICATED VALUE BY THE COST APPROACH (IN FEE SIMPLE)   $ 1,185,000

IF LEASEHOLD DEDUCT VALUE OF FEE INTEREST (ATTACH CALCULATIONS)   $ N/A

INDICATED VALUE BY THE COST APPROACH (LEASEHOLD)   $ N/A

## COMPARABLE RENTAL DATA

| ITEM | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|
| Address | 2241 Crenshaw Boulevard | 3715 W. 27th Street | 4567 Pickford Street |
| | Los Angeles | Los Angeles | Los Angeles |
| Proximity to subj. | 0.66 miles NE | 0.77 miles E | 0.61 miles NE |
| Rntl. survey date | 10/2005 | 10/2005 | 10/2005 |
| Brief description of property improvements | No. Units 8   No. Vacant 0   Age 78 Yrs | No. Units 24   No. Vacant 1   Age 40 Yrs | No. Units 12   No. Vacant 0   Age 78 Yrs |
| | 2 Story Frame & Stucco | 2 Story Frame & Stucco | 2 Story Frame & Stucco |
| | Walk-Up | Walk-Up | Walk-Up |
| | On-Site Parking | On-Site Parking | On-Site Parking |

### Individual unit breakdown

**Comparable No. 1**

| Rm. Count | | | Size | Monthly Rent | | |
|---|---|---|---|---|---|---|
| Tot | BR | b | Sq. Ft. | $ | ¢ | Rm |
| 4 | 2 | 1 | 858 | 1,000 | 1.17 | 250 |
| 3 | 1 | 1 | 520 | 500 | 0.96 | 167 |
| 2 | 0 | 1 | 420 | 500 | 1.19 | 250 |

**Comparable No. 2**

| Rm. Count | | | Size | Monthly Rent | | |
|---|---|---|---|---|---|---|
| Tot | BR | b | Sq. Ft. | $ | ¢ | Rm |
| 4 | 2 | 1 | 800 | 836 | 1.04 | 209 |
| 3 | 1 | 1 | 600 | 716 | 1.19 | 239 |

**Comparable No. 3**

| Rm. Count | | | Size | Monthly Rent | | |
|---|---|---|---|---|---|---|
| Tot | BR | b | Sq. Ft. | $ | ¢ | Rm |
| 4 | 2 | 1 | 750 | 1,017 | 1.36 | 254 |
| 2 | 0 | 1 | 400 | 750 | 1.88 | 375 |
| 3 | 1 | 1 | 600 | 875 | 1.46 | 292 |
| 5 | 3 | 1 | 900 | 950 | 1.06 | 190 |

| | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|
| Utilities, furniture and amenities included in rent | Water, Trash | Water, Trash | Water, Trash |
| | No Furnishings | No Furnishings | No Furnishings |
| | Pool (Not Used), no other amenities | No Major Amenities | No Major Amenities |
| Comparison to subject including rental concessions, if any | Overall Similar Location | Similar Location | Overall Similar Location |
| | Similar/Sl Sup Condition | Similar Condition | Similar Condition |
| | Similar Effective Age | Similar Effective Age | Similar Effective Age |
| | Similar Overall Appeal & Quality | Similar Overall Quality & Appeal | Similar Overall Quality & Appeal |
| | Overall Smaller Unit Sizes | Similar Unit Sizes | Similar Unit Sizes |

## MONTHLY RENT SCHEDULE SUBJECT

Utilities included in actual rents: ☒ Water ☐ Gas ☐ Heat ☐ Electric ☐ Air Conditioning ☒ Trash

Utilities included in forecasted rents: ☒ Water ☐ Gas ☐ Heat ☐ Electric ☐ Air Conditioning ☒ Trash

| No. of Units | Unit RM Count | | | Total Rooms | Sq Ft Area Per Unit | No. Units Vacant | ACTUAL RENTS | | | | FORECASTED RENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot. | BR | b | | | | Per Unit | | Total Rents | | Per Unit | | Total Rents | Per |
| | | | | | | | Unfurnished | Furnished | | | Unfurnished | Furnished | | Sq. Ft. or Room |
| 4 | 4 | 2 | 1 | 16 | 851 | 0 | 950 | | $ 3,800 | | $ 950 | | $ 3,800 | 1.12¢ $ 238 |
| 2 | 4 | 2 | 1 | 8 | 684 | 0 | 950 | | 1,900 | | 950 | | 1,900 | 1.39 238 |
| 2 | 4 | 2 | 1 | 8 | 765 | 0 | 950 | | 1,900 | | 950 | | 1,900 | 1.24 238 |
| 2 | 4 | 2 | 1 | 8 | 720 | 0 | 950 | | 1,900 | | 950 | | 1,900 | 1.32 238 |
| 10 | TOTAL | | | 40 | | 0 | | | $ 9,500 | | | | $ 9,500 | |

FHLMC FORM 71B - Rev. 8/77

Form 71B — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 2615 West Blvd | 2620 West Boulevard | 2551 8th Avenue | 4567 Pickford Street |
| | Los Angeles | Los Angeles | Los Angeles | Los Angeles |
| Proximity to subject | | Less than .01 mile NW | 0.91 miles E | 0.61 miles NE |
| Map code | 633 D7 | 633 D7 | 633 F6 | 633 E5 |
| Lot size | 12,750 SF | 10,193 SF | 12,994 SF | 4,250 SF |
| Brief description of building improvements | No. Units: __10__ No. Vac. __0__ Year Built 19 __46__ | No. Units: __12__ No. Vac. __0__ Year Built 19 __28__ | No. Units: __14__ No. Vac. __0__ Year Built 19 __55__ | No. Units: __12__ No. Vac. __0__ Year Built 19 __27__ |
| | 2 Story Wood Frame | 1& 2 Story Wood Frame | 2 Story Wood Frame | 2 Story Wood Frame |
| | Stucco Exterior | Stucco Exterior | Stucco Exterior | Stucco Exterior |
| | Apartment Building | Apartment Building | Apartment Building | Apartment Building |
| Quality | Average | Average | Average | Average |
| Condition | Average/Good | Average/Good | Average/Good | Average/Good |
| Recreational facilities | None | None | None | None |
| Parking | 10 Open | Street Only | 13 Covered/3 Open | Street Only |
| Tenant appeal | Average | Average | Average | Average |
| Avg GBA/Unit | 822 SF | 631 SF | 801 SF | 485 SF |
| Avg Rent - $/SF | $950 / $1.16 | $646 / $1.02 | $649 / $.81 | $896 / $1.85 |
| GBA | 8,220 SF | 7,752 SF | 11,218 SF | 5,817 SF |

**Unit breakdown**

| | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath | No. of Units | Total | BR | Bath |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 4 | 2 | 1 | 12 | 3 | 1 | 1 | 10 | 3 | 1 | 1 | 2 | 2 | 0 | 1 |
| | | | | | | | | | 4 | 4 | 2 | 1 | 6 | 3 | 1 | 1 |
| | | | | | | | | | | | | | 3 | 4 | 2 | 1 |
| | | | | | | | | | | | | | 1 | 5 | 3 | 1 |

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Util. paid by owner | Water/Trash | Water/Trash | Water/Trash | Water/Trash |
| Data source | Inspection | MLS/Pub Rec's/CoStar | Pub Rec's/CoStar | Pub Rec's/CoStar |
| Price | $ N/A ☒ Unf. ☐ F | $ 1,005,000 ☒ Unf. ☐ F | $ 1,400,000 ☒ Unf. ☐ F | $ 1,100,000 ☒ Unf. ☐ F |
| Sale-Listing-Offer | N/A | Sale | Sale | Sale |
| Date of sale | N/A | 8/30/2005 | 7/1/2005 | 7/27/2005 |
| Terms (including conditions of sale and financing terms) | N/A | Conventional | Conventional | Conventional |
| | | $703,500 1st TD | $675,000 1st TD | $855,000 1st TD |
| | | East West Bank | Washington Mutual Bank | Citibank FSB |
| | | Doc# 2083160 | Doc# 1557266 | Doc# 1773395 |

**Complete as many of the following items as possible using data effective at time of sale**

| | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Gross Annual Income | $ 114,000 | $ 92,988 | $ 109,080 | $ 129,012 |
| Gross Ann. Inc. Mult. (1) | | 10.81 | 12.83 | 8.53 |
| Net Annual Income | $ 75,009 | $ 58,560 | $ 70,459 | $ 86,016 |
| Expense Percentage (2) | 34.20 % | 37.02 % | 35.41 % | 33.33 % |
| Overall Cap. Rate (3) | % | 5.83 % | 5.03 % | 7.82 % |
| Price per unit | $ | $ 83,750 | $ 100,000 | $ 91,667 |
| Price per room | $ | $ 27,917 | $ 30,435 | $ 28,205 |
| Price gross bldg. area | $ /sq. ft. bldg. area | $ 132.73 /sq. ft. bldg. area | $ 124.80/sq. ft. bldg. area | $ 189.10 /sq. ft. bldg. area |

(1) Sale Price / Gross Annual Income  (2) Total Annual Expenses / Total Gross Annual Income  (3) Net Annual Income / Price

RECONCILIATION:    The comparables identified form a reasonable range of value indicators for the subject. Sales considered and weighted based on location, unit mix, quality, condition, appeal and age. The analysis of smaller (5-20 unit) buildings gives most weight to GRM and Price per Unit. The GRM ranges from 8.53 to 12.83 with 10 selected for the subject - $115,500 x 10 = $1,155,100.  Price per unit ranges from $83,750 to $100,000 with $100,000 selected for the subject - $100,000 x 10 units = $1,000,000.  $/SF & $/Room also supportive; $130/SF x 8,220 SF = $1,068,600. 40 Rooms x $28,500/Rm = $1,140,000. See attached comments regarding additional comments and comparable reconciliation.

**INDICATED VALUE BY MARKET APPROACH 1,100,000**

| INCOME | | EXPENSES | ACTUAL | FORECASTED |
|---|---|---|---|---|
| Total Monthly Apartment Forecasted Rents | $ 9,500 | Real Estate Taxes* | $ | $ 13,200 |
| Other Monthly Income (Itemize)     None | | Other taxes or licenses | | 250 |
| | $ | Insurance | | 3,288 |
| Total Gross Monthly Forecasted Income | $ 9,500 | Unsubordinated ground rent | | |
| Total Gross Annual Forecasted Income | $ 114,000 | Fuel | | |
| Less Forecasted Vacancy and Collection Loss ( __3__%) | $ 3,420 | Gas | | 480 |
| Effective Gross Annual Income | $ 110,580 | Electricity | | 380 |
| Less Forecasted Expenses & Replacement Reserves | $ 35,571 | Water and sewer | | 3,000 |
| Net Annual Income from Total Property | $ 75,009 | Trash removal | | Above |
| Less Return on and Recapture of Depreciated Value of | | Pest control | | 150 |
| Furnishings ($ ____ @ ____%) | $ | Maintenance and repairs | | 2,500 |
| Net Annual Income from Real Property | $ 75,009 | Interior and exterior decorating | | 1,000 |
| Capitalized as follows: | | Cleaning expenses and supplies | | 1,500 |
| N.O.I / CAP RATE = INCOME APPROACH.  $75,009 / 6.25% = $1,200,144 | | Management (Off-site) | | 4,423 |
| (rounded to $1,200,000).  Cap rate of 6.25% extracted from the Sales | | Res. Mgr. salary & apartment | | 1,200 |
| Comparables with a range of 5.03% to 7.82% and a mean of 6.22%. | | Janitor(s) salary & apartment | | |
| | | Miscellaneous | | 2,500 |
| *Real Est. Taxes ☐ Actual ☒ Est. Tax Rate Per $100 $ 1.20 | | Gardening | | 600 |
| Total Assessed Value $ (Est taxes from value via market approach) | | REPLACEMENT RESERVES | | |
| Comments:   Operating expenses were not submitted for review, and as a result | | Carpeting and drapes | | 250 |
| they were estimated utilizing industry standards, derived from the "Apartment | | Ranges and refrigerators | | 350 |
| Building Operating Expense Guideline." These expenses equate to | | Dishwashers and disposals | | |
| approximately 33.16% of EGAI, considered appropriate for this age and type | | Individual heating & AC units | | 200 |
| building.  No "for rent" signs observed in the neighborhood. With competent | | Roof | | 300 |
| management, a 3% vacancy factor is considered appropriate for the subject | | TOTAL EXPENSES & REPL. RES. | $ | $ 35,571 |
| property. | | | | |

**INDICATED VALUE BY INCOME APPROACH $1,200,000**

FHLMC FORM 71B - Rev. 8/77

GENERAL COMMENTS (Including comments on any items rated poor or fair)  The valuation considers the subject in average condition with no known non-cosmetic defects.  Subject property maintenance is average for the area and is overall adequate. The city of Los Angeles does have rent control. Essentially, units built prior to 1978 can have their rents increased by a factor of from 3% to 5% per year, depending on what utilities are paid by the landlord. Most of the subject units are "Section 8" units, i.e. the rents are subsidized by HUD, which pays a portion of the rents. Per owner, these rents were just increased. This is typical for this market area, and as can be seen in the rental analysis section of the report, these rental rates are supported by the market.

CONDITIONS AND REQUIREMENTS OF APPRAISAL (include required repairs, replacements, painting, termite inspections, etc.)  This appraisal is subject to the actual rents being at $950/Unit/Month as indicated, and it is also subject to confirmation of the alley dedication to the subject property as noted in the "site comments" section of the addendum. No major deferred maintenance noted at time of inspection. The comparable sales data relied upon in the appraisal is believed to be from reliable sources. Though all the comparables are examined from the exterior, it is not possible to inspect them in detail. The value conclusions are subject to the accuracy of said data.  No Conditions.

## RECONCILIATION AND VALUE CONCLUSION

Indicated Value by the Cost Approach ................  $        1,185,000

Indicated Value by the Market Approach ................  $        1,100,000

Indicated Value by the Income Approach ................  $        1,200,000

FINAL RECONCILIATION    The Cost approach is considered supportive of the other two approaches. The Direct Sales Comparison approach and the Income approach are given primary consideration in the valuation of the subject due to market preference of these approaches. Equal consideration is given to the Market and Income Approaches, as investors of small apartments strong consideration to both the physical indicators (including GRM) and net income after expenses.  Based on existing market conditions and on the analysis undertaken, primary consideration was given to the Direct Sales Comparison Approach (Market Approach) and the Income Approach.

I certify, that to the best of my knowledge and belief, the statements made in this report are true and I have not knowingly withheld any significant information; that I have personally inspected subject property, both inside and outside, and have made an exterior inspection of all comparable sales listed herein; that I have no interest, present or contemplated, in subject property or the participants in the sale; that neither the employment nor compensation to make said appraisal is contingent upon any value estimate; and, that all contingent and limiting conditions are stated herein.  ☒ Certification and Statement of Limiting Conditions
(FHLMC Form 439 Rev. 6/93) applies    ( ☐ on file with Client  ☒ Attached).
As a result of my investigation and analysis, my estimate of Market Value of the subject property as of  October 3              20 05  is  ................

$  1,150,000

Date  October 14, 2005                          Appraiser  _____
                                                        If applicable, complete the following:   Fred Rohde

Date _____                          Appraiser _____

Date _____       ☐ Supervising or  ☐ Review Appraiser  _____
                                          ☐ Did   ☐ Did Not Physically Inspect Property

## FOR LENDER'S USE ONLY (completion optional)

Loan Recommended $ _____ @ _____ %.  Term _____ yrs.  Principal & Interest $_____ /mo. $ _____ /annually
Subject to: _____

| | | |
|---|---|---|
| Borrower's Cost or Purchase Price    $_____ | Appraised Value  $_____ | Loan to Appraised Value _____ % |
| Loan: Per Unit    $_____ | Per Room  $_____ | Per Sq. Ft. of Building Area $ _____ |
| Gross Annual Forecasted Income    $_____ | Gross Annual Income Multiplier _____ | Overall Capitalization Rate _____ % |
| Forecasted Annual Expenses and Replacement Reserves    $_____ | (_____ % of Gross Annual Forecasted Income) | |

Break-even Point (this loan): (Annual Exp. & RR   $ _____ + Annual P & I pymts.  $_____ ) / (Gross Annual Income  $_____ ) = ____ %
     (All financing) : (Annual Exp & RR   $ _____ + Annual P & I pymts. for all financing $ _____ ) / (Gross Annual Inc. $_____ ) = ____ %
Borrower's Return on Appraised Equity    (Net Annual Inc.   $ _____ (-) Annual P & I pymts $ _____ ) = $ _____ (1)
                                  (Appraised Value  $ _____ (-) Loan Amt. $ _____ ) = $ _____ (2)
                                                            $ _____ (1) / $ _____ (2) = ____ %
Comments or Committee Action _____

**Text Addendum**

| | | File No. | 0061170 |
|---|---|---|---|
| Borrower/Client | De La Cruz | | |
| Property Address | 2615 West Blvd | | |
| City  Los Angeles | County  Los Angeles | State  CA | Zip Code  90016-3017 |
| Lender | Jaime De La Cruz | | |

**ADDENDUM**
**2615 WEST BOULEVARD**
**LOS ANGELES, CA  90016**

### Subject Property Sales History

The subject has not transferred for the past 15 years. Per the West Los Angeles Multiple Listing Service (CLAW), the subject is not an active listing and has not been listed in the last 12 months.

### Marketing Time

It is felt with appropriate pricing, the subject would require 2-6 months of market exposure prior to selling.

### Site Comments

The subject site is rectangular in shape and consists of a mid block parcel with exactly 12,750 square feet of area. Please note that this area includes an alley dedication, located at the northern extreme of the subject lot. The assessor's plat map shows an alley to the north side of the subject lot, and physical inspection revealed that a portion of this area is gated at the street cut and is also gated at the rear of the subject's lot line. Per owner, this area (15' x 170') has legally been deeded to the subject, and is considered a part of the subject lot. It is a condition of this appraisal that permits or documentation be confirmed that confirm this legal dedication of the alley area to the subject.

The subject is located in a mostly mixed residential neighborhood of low to mid density apartments, older single family residences and a few larger apartments and condominiums along an interior street. The subject sides, backs and fronts to one and two story apartment uses. Adams Boulevard, a mid sized commercial and commuter street, is immediately north, and the Santa Monica (10) freeway is within 1/2 mile. With 10 open parking spaces, on-site parking is not to code, and current zoning would require 10 additional parking spaces. This is typical for nearly all apartment complexes in this area. Street parking is available with minimal restrictions.

The subject is not within 500 feet of the site of a known gasoline station. The subject is located in an established, mixed multi-family and single family residential area. The subject has no adverse conditions.

### Improvement Comments

The subject was built in 1946 and is a two-story wood frame and stucco building, with composition roof. The subject has average overall curb appeal. Building exterior and interior are in average condition. The exterior is fully fenced, and there is a front patio and side courtyard. The project has minimal landscaping. The subject consists of 10 units - all 2 bedroom/one bath, in four configurations. Entry to each unit is by exterior individual entry. The subject has no amenities. Units have security doors and security windows (with required quick release latches), and no other amenities. There are 10 open parking spaces at the rear of the subject property.

No major deferred maintenance was observed. Some exterior surfaces have a rough finish, some gate latches require repair, and the asphalt parking area is cracked and would benefit from refinishing. Some aluminum window frames are bent. Some units need minor carpet cleaning and painting. Otherwise, carpet, kitchen and bath flooring are in adequate condition in all units. Kitchens include a stove and refrigerator. Interior trims and finishes are average. All units have a mix of carpet and linoleum flooring, and kitchens are typically finished with updated wood cabinets (painted or stained), formica counters and linoleum flooring. Baths typically have linoleum flooring and tile surrounds and wainscoting. Each unit has gas fired wall heating. Landscaping is very minimal. There is a small storage shed at the rear of the building (permits unknown, no weight given). Please note that all units were inspected.

According to our measurements, the subject property consists of 8,220 square feet of gross building area. Public records shows 8,548 square feet of gross building area. For the purpose of this appraisal, the gross building area is based on our measurement of 8,220 square feet.

## Text Addendum

| | | | File No. 0061170 |
|---|---|---|---|
| Borrower/Client   De La Cruz | | | |
| Property Address   2615 West Blvd | | | |
| City   Los Angeles | County   Los Angeles | State   CA | Zip Code   90016-3017 |
| Lender   Jaime De La Cruz | | | |

### Rental Analysis Comments

In the course of researching the subject's rental potential, it is noted the subject is under city of Los Angeles rent control. However, the units are occupied by "section 8," or government subsidized (HUD) housing, whereby the tenants pay a portion of the rent, and HUD pays the remainder. Per owner, this rental amount was just increased to $950/Unit. Based on the rental survey performed by the appraiser, as well as good local knowledge of this market area, it is felt that these reported rents are sustainable, even without government assistance, and as a result the reported rents are utilized as actual and forecasted rents in this appraisal report. Although not considered in the valuation of the subject property, it was noted that per owner, there is currently a waiting list for tenants for this building.

As a result, forecasted rental income for the subject has not been adjusted and is the same as the actual income. Rental concessions are not offered at competing buildings in the area.

No signed leases were provided for review. The rental rate of $950/Unit/Month was provided by the landlord and it is a condition of this appraisal report that documentation be provided confirming these rates. No units were vacant at the time of inspection.

### Market and Income Analysis Comments

A search for sales similar to the subject in the same market area was conducted. All of the sales are located in the same market area within 1 mile of the subject property. The subject is located just south of the 10 freeway, and attempts were made to utilize comps from the subject's same, immediate market area. Property values and market conditions are very similar just north of the freeway (but South of Venice) and as far south as Jefferson Boulevard; rent and sales comps were only considered from this relatively small area. Property values go up considerably north of Venice, and especially Pico Boulevard, and tend to drop south of Jefferson. The limited search area resulted in the use of comps that are overall similar and current, but that tend to have slightly inferior unit configurations. Overall, consideration was given to appeal, age, unit count, unit mix, quality and condition. All comps were sold within 3 months of the date of the appraisal. Overall, All comps were given weight because of differing similarities. Comp 1 is a good locational indicator - it is a very recent sale located directly across the street. Its strength as a comparable is slightly weakened by its lack of on-site parking and having all 1+1 units compared to the subject's 2+1 units.

The comparables identified form a reasonable range of value indicators for the subject. Sales were considered and weighted based on location, unit mix, quality, condition, appeal and age. The analysis of smaller (5-20 unit) buildings gives most weight to GRM and Price Per Unit. The GRM ranges from 8.53 to 12.83 with 10 selected for the subject. Price per unit ranges from $83,750 to $100,000 with $100,000 selected. Price per SF & Price per Room are also supportive as shown below.

$115,500 x 10       = $1,155,000
$100,000 x 10 units = $1,000,000
$130/SF x 8,220 SF  = $1,068,600
$28,500 x 40 Rms    = $1,140,000

As noted, research revealed few truly similar "comparable" sales. The mid to lower end of the GRM was considered due to the subject's "at market" rents. The higher end of the Per Unit range was warranted due to the subject's superior configuration with 2+1 units. This did not warrant further adjustment due to the slightly small average size of these units.

A capitalization rate of 6.25% was extracted from the Sales Comparables with a range of 5.03% to 7.82% and a mean of 6.22%. When this rate is applied to the NOI of $75,009, a value via the Income Approach of $1,200,000 (rounded) is indicated. A review of all area sales revealed cap rates typically in the mid 5's - and these comparables, without exception, did not have all rents "at market." The reader should note that lower rents and higher sales prices result in lower capitalization rates, so when a property has higher rents, a slightly higher capitalization rate is warranted.

## Text Addendum

| Borrower/Client De La Cruz | | | File No. 0061170 |
|---|---|---|---|
| Property Address 2615 West Blvd | | | |
| City Los Angeles | County Los Angeles | State CA | Zip Code 90016-3017 |
| Lender Jaime De La Cruz | | | |

**Additional Comments**

The subject property was appraised as a **Complete Appraisal Analysis - Summary Appraisal Report.**

The subject was appraised in its present condition at market value. Any closing cost arrangements or personal property exchanges have no effect on the value or marketability of the subject, and further do not influence the indicated appraised value.

In the course of researching this appraisal assignment, discrepancies were sometimes noted between differing data sources. In these instances, attempts were made to contact selling or listing for the comparable sales in order to ascertain the correct information.

The reader of this report should realize that the photographs utilized in the report of the comparable sales reflect their condition as of the date of drive-by analysis, but not necessarily reflect their condition as of their date of sale. Information provided in the appraisal report regarding comparables reflects their condition as of their sales date.

A digital camera was utilized for all photographs in this report and the digital images have not been inappropriately altered. All subject property photographs and the majority of the comparable photographs have been taken by the appraiser. In some instances, photographs taken just prior to the sale are considered to better reflect the condition of the property at the time it sold. In other instances access to the property may be limited (gated) resulting in an obscured view of the property. Given these factors the appraiser reserves the right to utilize photographs provided by the MLS when conditions warrant such use.

The best and most reliable information available to the appraiser was utilized for FEMA flood information (Flood zone, panel number and map date). It should be noted however, that the appraiser is not an expert in flood zone determination. Appraiser recommends the use of a service that is proficient in this area if there are any concerns regarding the flood information indicated in this report.

This report may contain digitally reproduced signatures, which are approved by FNMA, GMNA, FHA and HUD. This appraisal software allows an appraiser to attach a digitally reproduced signature by entering a secret password known only to the signing appraiser(s). Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the signing appraiser(s). The appraiser(s) accept full responsibility for this digitally signed appraisal report.

## Building Sketch (Page - 1)`

| | | | | |
|---|---|---|---|---|
| Borrower/Client | De La Cruz | | | |
| Property Address | 2615 West Blvd | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90016-3017 |
| Lender | Jaime De La Cruz | | | |



First Floor          Second Floor

Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | Typ Floorplan (x4) | 851.0 | |
| | Typ Floorplan (x2) | 684.0 | |
| | Typ Floorplan (x2) | 765.0 | |
| | Typ Floorplan (x2) | 720.0 | 3020.0 |
| GBA1 | First Floor | 4109.8 | 4109.8 |
| GBA2 | Second Floor | 4109.8 | 4109.8 |
| OTH | Storage | 162.0 | 162.0 |
| | Net LIVABLE Area | ( Rounded ) | 3020 |
| | Net BUILDING Area | ( Rounded ) | 8220 |

| LIVING/BUILDING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| Typ Floorplan (x4) | | |
| 21.0 x 31.5 | | 661.5 |
| 3.0 x 28.5 | | 85.5 |
| 6.5 x 16.0 | | 104.0 |
| Typ Floorplan (x2) | | |
| 9.0 x 28.0 | | 252.0 |
| 12.0 x 24.0 | | 288.0 |
| 12.0 x 12.0 | | 144.0 |
| 21.0 x 30.0 | | 630.0 |
| 9.0 x 15.0 | | 135.0 |
| 24.0 x 26.0 | | 624.0 |
| 4.0 x 12.0 | | 48.0 |
| 4.0 x 12.0 | | 48.0 |
| First Floor | | |
| 12.0 x 96.0 | | 1152.0 |
| 12.0 x 38.5 | | 462.0 |
| 4.0 x 28.5 | | 114.0 |
| 1.0 x 3.0 | | 3.0 |
| 0.5 x 2.0 x 1.0 | | 1.0 |
| 0.5 x 2.0 x 1.0 | | 1.0 |
| 20.5 x 21.5 | | 440.8 |
| 4.0 x 4.0 | | 16.0 |
| 13.0 x 14.0 | | 182.0 |
| 4.0 x 16.0 | | 64.0 |
| 1.0 x 3.0 | | 3.0 |
| 0.5 x 2.0 x 1.0 | | 1.0 |
| 0.5 x 2.0 x 1.0 | | 1.0 |
| 1.0 x 3.0 | | 3.0 |
| 34 Items Not Listed | | 5775.8 |
| 59 Items | ( Rounded ) | 11240 |

**Location Map**

| Borrower/Client | De La Cruz | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2615 West Blvd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90016-3017 |
| Lender | Jaime De La Cruz | | | | | | |



**Plat Map**

| | | | | |
|---|---|---|---|---|
| Borrower/Client  De La Cruz | | | | |
| Property Address  2615 West Blvd | | | | |
| City   Los Angeles | County   Los Angeles | State   CA | Zip Code  90016-3017 | |
| Lender   Jaime De La Cruz | | | | |



## SUPPLEMENTAL ADDENDUM

File No.   0061170

| Borrower/Client  De La Cruz | | | |
|---|---|---|---|
| Property Address  2615 West Blvd | | | |
| City  Los Angeles | County  Los Angeles | State  CA | Zip Code  90016-3017 |
| Lender  Jaime De La Cruz | | | |

PROPERTY INFORMATION

1)    Property: 2615 WEST BLVD, LOS ANGELES CA 90016-3017 C001
APN:      5050-004-032        Card#:        Use:      APARTMENT
County:    LOS ANGELES, CA    Prop Tax:  $8,267.30      Total Value: $621,117
MapPg/Grid: 633-D7    Old Map: 43-B5    Tax Year:   2004   Delinq:      Land Value: $362,319
Census:    2200.00   Tract #: 4831    Tax Area:   67         Imprv Value: $258,798
High School: LOS ANGELES UNIF      Elem School:         Taxable Val:
Comm Coll: LOS ANGELES CITY        Exemptions:         Assd Year:  2004
Subdivision: 4831                  % Improved: 042%
Owner:     DE LA CRUZ MARIA                       Phone:
                                   Owner Vest:  MW  /   /
Mail:      2615 WEST BLVD; LOS ANGELES CA 90016-3017 C001
Owner Transfer = Sale Dt:01/25/1996  Price:     Doc#: 145291      Type:
SALE & FINANCE INFORMATION                            IMPROVEMENTS
          LAST SALE          PRIOR SALE      Bldg/Liv Area:8,548
Recording/Sale Date: 04/17/1990  04/1990    04/17/1990  04/1990    Gross Area:  8,548
Sale Price/Type:  $126,000    PARTIAL            Ground Flr:
Document #:    716719          716718        Bsmnt Area:
Deed Type:    GRANT DEED      GRANT DEED     $/SqFt:
1st Mtg Amt/Type:                            Yrblt/Eff:   1946
1st Mtg Rt/Type/Trm:     /       /           # Stories:   2.00
1st Mtg Lender:                              Rooms:
                                             Bedrooms:    20
2nd Mtg Amt/Type:                            Full/Half Bath:0
2nd Mtg Rt/Type/Trm:     /       /           Ttl Baths/Fix:0.00
Title Company:    FIDELITY NAT'L TITLE INS CO/NY      Fireplace:
Seller:    IBAY MANNY                        Pool:
New Construction:                            Porch Type:
                                             Patio Type:
Other Last Sale Info # Parcels:    Type 2:       Pend:    Construct:  FRAME
SITE INFORMATION                   Foundation:  CONCRETE
# Res. Units: 10    County Use: 0500    Acres:    0.23    Ext Wall:   STUCCO
# Comm Units:      Zoning:  LAR3       Lot Area:  10,193.04  Roof Shape: GABLE
                   Flood Panel: 0601370072E    Lot Width:  60.00    Roof Type:
# Buildings:  1                        Roof Matl:  COMPOSITION SHINGLE
Bldg Class:        Panel Date: 07/06/1998    Lot Depth: 170.00    Floor Type:
Parking Sqft: 162  Flood Zone: X       Usable Lot:    Floor Cover:
Park Spaces:  12   Sewer Type:         Heat Type:  WALL FURNACE
Garage Cap#:       Water Type:         Heat Fuel:
Park Type:    PAVED                     Air Cond:
Other Impvs:                           Quality:   AVERAGE
Legal Blk/Bldg:        Site Influence:     Condition:  AVERAGE
                                       Style:
Legal Lot/Unit:39      Amenities:          Equipment:
Legal:
    TRACT NO 4831                      Other Rms:
Ground Flr Area:

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> \* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Kirshner & Rohde Appraisal Services
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  2615 West Blvd, Los Angeles, CA 90016-3017

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:  Fred Diehl | Name: |
| Date Signed:  October 14, 2005 | Date Signed: |
| State Certification #:  AG006368 | State Certification #: |
| or State License #: | or State License #: |
| State:  CA | State: |
| Expiration Date of Certification or License:  10/29/2006 | Expiration Date of Certification or License: |

☐ Did    ☐ Did Not Inspect Property

## Subject Photo Page

| Borrower/Client | De La Cruz | | | | |
|---|---|---|---|---|---|
| Property Address | 2615 West Blvd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90016-3017 |
| Lender | Jaime De La Cruz | | | | |



**Subject Front**

2615 West Blvd
Sales Price     N/A
G.B.A.          8,220
Age/Yr.Blt.     46



**Subject Rear**



**Subject Street**

Kirshner & Rohde Appraisal Services

## Photograph Addendum

| Borrower/Client | De La Cruz | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2615 West Blvd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90016-3017 |
| Lender | Jaime De La Cruz | | | | | |







Dedicated alley area




Kirshner & Rohde Appraisal Services

## Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | De La Cruz | | | | |
| Property Address | 2615 West Blvd | | | | |
| City    Los Angeles | | County  Los Angeles | State    CA | Zip Code   90016-3017 | |
| Lender    Jaime De La Cruz | | | | | |










# Rental Photo Page

| | |
|---|---|
| Borrower | De La Cruz |
| Property Address | 2615 West Blvd |
| City | Los Angeles | County Los Angeles | State CA | Zip Code 90016-3017 |
| Lender | Jaime De La Cruz |



### Rental 1

2241 Crenshaw Boulevard
Proximity to Subj.   0.66 miles NE
GBA   4,849
Age/Year Built   78



### Rental 2

3715 W. 27th Street
Proximity to Subj.   0.77 miles E
GBA   4,849
Age/Year Built   40



### Rental 3

4567 Pickford Street
Proximity to Subj.   0.61 miles NE
GBA   5,848
Age/Year Built   78

## Comparable Photo Page

| Borrower/Client | De La Cruz | | | | |
|---|---|---|---|---|---|
| Property Address | 2615 West Blvd | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90016-3017 |
| Lender | Jaime De La Cruz | | | | |



**Comparable 1**

2620 West Boulevard
Sales Price    1,005,000
G.B.A.         7,572
Age/Yr. Blt.   28



**Comparable 2**

2551 8th Avenue
Sales Price    1,400,000
G.B.A.         11,218
Age/Yr. Blt.   55



**Comparable 3**

4567 Pickford Street
Sales Price    1,100,000
G.B.A.         5,817
Age/Yr. Blt.   27

# INVOICE

**FROM:**
Fred Rohde
Kirshner & Rohde Appraisal Services
10951 W. Pico Boulevard #204B, Los Angeles, CA 90064
Suite 204B
Los Angeles, CA 90064
Telephone Number: 310 474-8774          Fax Number: 310 474-8776

| INVOICE NUMBER |
| --- |
| 0061170 |

| DATE |
| --- |
| 10/14/2005 |

**TO:**
Jaime De La Cruz

9253 Eagle Springs Place
Rosemead, CA 95747

Telephone Number: 916 622-5519          Fax Number:
Alternate Number: 916 338-4451          E-Mail: jaimedelacruz74@netzero.net

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0061170 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0061170 |
| Other File # on form: | |
| Federal Tax ID: | 20-0783642 |
| Employer ID: | |

## DESCRIPTION

**Lender:** Jaime De La Cruz                              **Client:** Jaime De La Cruz
**Purchaser/Borrower:** De La Cruz
**Property Address:** 2615 West Blvd
**City:** Los Angeles
**County:** Los Angeles                              **State:** CA                              **Zip:** 90016-3017
**Legal Description:** Lot 39, Tract 4831, Map Book 54, Page 90. Assessor's Parcel Number 5050-004-032

| FEES | AMOUNT |
| --- | --- |
| | 1,300.00 |
| **SUBTOTAL** | 1,300.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:          Date:          Description: Paid as retainer | 900.00 |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | 900.00 |
| **TOTAL DUE** $ | 400.00 |