FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at 4 o'clock and 03 min. P M
SUE BEITIA, CLERK

CR 04-00185 SOM 02

RECORDING REQUESTED BY
Financial Title Company
AND WHEN RECORDED MAIL TO

Name
Street Address
City, State Zip

Order No. **42512395-805-ELP**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE AND
# DEED OF FULL RECONVEYANCE

The undersigned Beneficiaries, in and under the provisions of that certain Deed of Trust executed by **Jesus De La Cruz and Maria De La Cruz**, Trustors, to **California Reconveyance Company**, as Trustee for **Walter A Y H Chinn, Clerk, United States District Court, District of Hawaii**, Beneficiaries, dated **December 29, 2004** and recorded on **December 29, 2004** in the office of the Recorder of **Los Angeles**, State of California, in Book **2004-3384001**, Page **n/a** of Official Records do(es) in accordance with the provisions of said Deed of Trust, hereby give notice of the Substitution and Appointment of **United States District Court, District of Hawaii** in place and instead of **California Reconveyance Company** the Trustee above named, and do(es) hereby vest in said Substituted Trustee, all the rights, title, estate, power, duty and trusts conferred by said Deed of Trust upon the Trustee therein named. And whereas the indebtedness secured, to be paid by the Deed of Trust above mentioned has been fully paid and/or satisfied.

NOW THEREFORE, **United States District Court, District of Hawaii**, Substituted Trustee, does hereby GRANT AND RECONVEY unto the parties entitled thereto without warranty, all the estate and interest derived to the said Trustee under said Deed of Trust in the lands therein described, situated in the City of **Los Angeles** County of **Los Angeles**, State of California. Reference being hereby made specifically to said Deed of Trust and the record thereof for a particular description of said lands.

Dated: **March 1, 2006**

STATE OF ~~CALIFORNIA~~ Hawaii
COUNTY OF Honolulu

On March 28, 2006 before me,
Eileen Chun Jakubu

a Notary Public in and for said County and State, personally appeared
Sue Beitia, Clerk of Court

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My commission expires 2-21-2008

S.S. United States District Court, District of Hawaii
Sue Beitia, Clerk

(This area for official notorial seal)